UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                      CRIMINAL NO. 05-80539

vs.

FLORJON CARCANI,

    Defendant.
_____/

## ORDER ADJOURNING PRELIMINARY EXAMINATION

The parties having stipulated to adjourning the preliminary examination in the above matter, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the preliminary examination in the above matter, scheduled for August 1, 2005, be adjourned until Tuesday, September 6, 2005 at 1:00 P.M.

                                               S/R. Steven Whalen
                                               R. STEVEN WHALEN
                                               UNITED STATES MAGISTRATE JUDGE

Dated:  August 31, 2005

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on August 31, 2005.

                                               S/Gina Wilson

Judicial Assistant